# Exhibit 53

{00658286.DOCX}

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHERYL GREENE, PERSONAL
REPRESENTATIVE OF THE ESTATE
OF DWAYNE GREENE, DECEASED,

    Plaintiff,

v.

CRAWFORD COUNTY, SHERIFF KIRK WAKEFIELD, RANDELL BAERLOCHER, RENEE CHRISTMAN, KATIE TESSNER, DONALD STEFFES, WILLIAM SBONEK, TIMOTHY STEPHAN, JOEL AVALOS, DALE SUITER, AMY JOHNSON, DAVID NIELSON, LARRY FOSTER, SHON CHMIELEWSKI, NORTHERN LAKES COMMUNITY MENTAL HEALTH AUTHORITY, NANCI KARCZEWSKI AND STACEY KAMINSKI, LPC, Individually and Officially and Jointly and Severally,

    Defendants.

Case No. 2:18-cv-11008-MAG-DRG
HON. THOMAS LUDINGTON

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) <br> KEVIN C. RIDDLE (P57435) <br> Fieger, Fieger, Kenney & <br>   Harrington, P.C. <br> Attorneys for Plaintiff <br> 19390 West Ten Mile Road <br> Southfield, Michigan 48075-2463 <br> (248) 355-5555 <br> (248) 355-5148 (Fax) <br> k.riddle@fiegerlaw.com | G. GUS MORRIS (P32960) <br> CHRISTOPHER J. RAITI (P68600) <br> McGraw Morris, P.C. <br> Attorneys for Defs. Crawford Co., <br> Wakefield, Baerlocher, Christman, <br> Tessner, Steffes, Sbonek, Stephan, <br> Avalos, Suiter, Johnson, Neilson, <br> Foster and Chmielewski <br> 2075 W. Big Beaver Road, Ste. 750 <br> Troy, Michigan 48084 <br> (248) 502-4000 <br> (248) 502-4001 (Fax) <br> gmorris@mcgrawmorris.com <br> craiti@mcgrawmorris.com <br><br> HAIDER A. KAZIM (P66146) <br> Cummings, McClorey, Davis <br>   & Acho, PLC <br> Attorney for Defs. Northern Lakes, <br> Nancy Karczewski, and Stacey <br> Kaminski, LPC <br> 310 W. Front Street, Ste. 221 <br> Traverse City, Michigan 49684-2279 <br> (231) 922-1888 <br> (231) 922-9888 (Fax) <br> hkazim@cmda-law.com |

## DECLARATION OF STEPHEN D. COHLE, M.D.

My name is Stephen D. Cohle, M.D. I am over eighteen years of age. I have personal knowledge of the facts stated herein and am competent to testify as follows:

1. I am the Chief Medical Examiner for Kent County. A copy of my most recent curriculum vitae is attached.

2. I performed the Cardiac Pathology on the heart of Dwayne Greene at the request of Elizabeth Douglass, M.D. of the Kalamazoo County Medical Examiner's Office.

3. I have performed approximately 10,000 autopsies in my career.

4. A Forensic Pathologist must consider the circumstances of death in certifying cause of death. This is generally accepted practice and methodology in the field of forensic pathology.

5. In addition to evaluating Dwayne Greene's Heart, I have also reviewed the following:

   a. My file regarding Dwayne Greene - (W17-1100)
   b. Postmortem Examination Report of Elizabeth A. Douglass, M.D;
   c. Toxicology Report dated 12/28/17
   d. Neuropathology report dated 1/17/18
   e. Crawford County Sheriff Office Incident Report;
   f. Crawford County Sheriff Office Daily Jail Log Report;
   g. Video of Dwayne Greene's incarceration;
   h. Medical Screening Report dated 12/4/17;
   i. Records from Northern Lakes Community Mental Health Authority;
   j. Mental Health Service Request dated 12/7/17;
   k. Jury Status Conference Transcript dated December 4, 2017;
   l. Deposition Transcript of Nanci Karczewski dated 11/29/18;
   m. Deposition Transcript of Katie Tessner dated 2/26/19;
   n. Deposition Transcript of Renee Christman dated 2/26/19;

      o. Text Messages;

      p. Jail Video Log

      q. Still photos of video

6. The peer-reviewed and generally accepted methodology for a forensic pathologist in determining cause of death is to consider the history and events leading up to the death, consider past medical history, the scene of death and ancillary testing such as toxicology.

7. There is a saying, "when you hear hoofbeats, think of horses not zebras".

8. Based on the foregoing, if I were to certify cause of death in this case, I would have certified it as *delirium tremens*.

_Steph D. Cohle MD 11/25/19_
STEPHEN D. COHLE, M.D.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of November, 2019

# CURRICULUM VITAE

## Stephen D. Cohle, M.D.
Spectrum Health – Blodgett
1840 Wealthy Street, SE
Grand Rapids, Michigan 49506
(616) 774-7499

| | | |
|---|---|---|
| **BIRTHDATE:** | November 27, 1950 | |
| **BIRTHPLACE:** | St. Louis, Missouri | |
| **TAX ID NUMBER:** | 83-0344890 | |
| **ELEMENTARY AND SECONDARY EDUCATION:** | 1956-1968: | Carthage Public Schools<br>Carthage, Missouri |
| **COLLEGE EDUCATION:** | BA 1968-1972: | William Jewell College<br>Liberty, Missouri<br>Magna Cum Laude |
| **MEDICAL EDUCATION:** | MD 1973-1977: | University of Missouri<br>Columbia, Missouri |
| | Preceptorship: | Institute of Forensic Sciences<br>Dallas, Texas<br>April - June 1977 |
| **MEDICAL LICENSURE:** | Michigan (#44823) | |
| **POSTGRADUATE TRAINING:** | 1977-1981: | Combined Anatomic/Clinical Pathology<br>Baylor College of Medicine<br>Houston, Texas |
| | 1980-1981: | Co-Chief Resident in Pathology<br>Baylor College of Medicine<br>Houston, Texas |
| | 1981-1982: | Forensic Pathology<br>Institute of Forensic Sciences<br>Dallas, Texas |
| | 1986: | Forensic Administration Conference<br>July 28-31, 1986<br>St. Louis, Missouri |
| **SPECIALTY BOARDS:** | May 1981<br>May 1982 | Anatomic and Clinical Pathology<br>Forensic Pathology |

| | | |
|---|---|---|
| PROFESSIONAL POSITIONS: | 1982-present | Forensic Pathologist<br>Spectrum Health - East<br>1840 Wealthy Street, S.E.<br>Grand Rapids, Michigan 49506 |
| | 2002-present | Chief Medical Examiner<br>Kent County, MI |

PROFESSIONAL AND SCHOLASTIC ORGANIZATIONS:

Fellow, American Society of Clinical Pathology
Houston Society of Clinical Pathology, 1977-1981
Harris County Medical Society, 1977-1981
American Medical Association, 1978-present
Kent County Medical Society, 1982-present
American Academy of Forensic Sciences, Fellow
Society for Cardiovascular Pathology, 1987-present
International Study Group for Natural Unexpected Death, 1989-1992
Michigan Association of Medical Examiners
Councilor for the Society for Cardiovascular Pathology, 2010-2012

ACTIVITIES:

| | |
|---|---|
| 1978-1979 | Secretary, Baylor Housestaff Association |
| 1978-1979 | Member, Pathology Course Lab Preparation Committee |
| 1979-1980 | President, Baylor Housestaff Association |
| 1980 | Member, Fact Finding Subcommittee Graduate Medical Education Committee |
| 1980-1981 | Member Public Services and Communications Board, Harris County Medical Society |
| 1980-1982 | Member, Committee on Cardiovascular Diseases, Texas Medical Association |
| 1982-1983 | Board of Trustees, Kent Metro Identification Association |
| 1989 | Co-Chairman, Annual Program of Michigan Association of Medical Examiners |
| 1990 | Program Chairman, Pathology/Biology Section, American Academy of Forensic Sciences |
| 1992-1993 | Secretary, Pathology/Biology Section, American Academy of Forensic Sciences |
| 1993-1994 | Chairman, Pathology/Biology Section, American Academy of Forensic Sciences |
| 1993-2008 | Chairman, Education, Program and Publication Committee, National Association of Medical Examiners |
| 1996 | Program Chairman<br>National Association of Medical Examiners Annual Meeting, Traverse City, MI |
| 1997, 2010 | Councilor for Society of Cardiovascular Pathology |

|  |  |
|---|---|
| 2008-2009 | President, Michigan Association of Medical Examiners |

- Spectrum Health Blodgett Hospital
  - Poison Center Medical Committee
  - Research and Institutional Review Committee
  - Medical Mortalities
  - Forensic Medicine Conference
- Court testimony once – twice monthly
- National Association of Medical Examiners, Board of Directors
- National Association of Medical Examiners, Executive Board, two terms
- Board of Editors, American Journal of Forensic Medicine and Pathology
- Editorial Board, Forensic Science International
- Reviewer, Cardiovascular Pathology

ACADEMIC APPOINTMENTS AND TEACHING:
- Clinical/adjunct faculty-MSU College of human medicine
- Pathology residents for forensic rotation, 1982-1995
- Emergency Medicine residents for forensic rotation, 1983-2004
- Lectures on forensic pathology to community groups
- Lecturer at Death Investigation Course, Michigan State University, School of Criminal Justice, 1983-1990
- Preceptor for MSU medical students and interns, as well as visiting medical students and house staff, 1982-present

BIBLIOGRAPHY:

1. Cohle, S.D.: "Handgun Suicides". Forensic Science Gazette, 8 (2): 2, 1977.
2. Petty, C.S. Cohle, S.D., Mathis, N.C. and Black, W.A.: "Waning Use of Seatbelts". Forensic Science Gazette, 8 (3): 1-2, 1977.
3. Cohle, S.D., Tschen, J.A., Smith, F.E., Lane, M. and McGavran, M.H.: "ACTH-Secreting Carcinoma of the Breast". Cancer 43: 2370-2376, 1979.
4. Cohle, S.D., Hinds, D., Yawn, D.H.: "Propionibacterium Acnes Infection Following Subdural Tap". American Journal of Clinical Pathology, 75 (3): 430-431, 1981.
5. Cohle, S.D., Kim, H.S., Titus. J.L. and Erickson, E.E.: "Communication of the Coronary Sinus with Both Atria". Archives of Pathology and Laboratory Medicine, 105: 407-408, 1981.
6. Cohle, S.D., McKechnie, J., Truong, L. and Jurco, S.: "Granular Cell Tumor of the Esophagus". American Journal of Gastroenterology, 75 (6): 431-435, 1981. (reprint)
7. Cohle, S.D., Saleem, A.S. and Makkaoui, D.E.: "Effect of Storage of Blood on Stability of Hematological Parameters". American Journal of Clinical Pathology, 76: 67-69, 1981.
8. Cohle, S.D., Titus, J.L., Espinola, A. and Jachimczyk, J.A.: "Sudden Unexpected Death Due to Coronary Giant Cell Arteritis". Archives of Pathology and Laboratory Medicine, 106: 171-172, 1982.
9. Besant-Matthews, P.E. and Cohle, S.D.: "Drains and Demise". Forensic Pathology No. FP81-4 (FP0117), ASCP Check Sample.
10. Greenberg, S.D., Cohle, S.D., and Wheeler, T.M.: "The Histopathology of Scar Cancers of the Lung (Abstract)". Am. Rev. Resp. Dis., 125: 113, 1982.
11. Cohle, S.D., Graham, M. "Sudden Death in Hemodialysis Patient". Journal of Forensic Sciences 30: 158-166, 1985. reprints
12. Cohle, S.D. "Sudden Unexpected Death Due to Atherosclerotic Coronary Artery Aneurysm". American Journal of Forensic Medicine and Pathology, Vol 6, 153-157, June 1985. (reprints)
13. Cohle, S.D., Cunningham, M.R. and Bauserman, S.C. "Fate, Fall or Fear: Which is the Culprit?" Forensic Pathology No FP85-3, ASCP Check Sample.
14. Cohle, S.D., Graham, M.A. and Pounder, D. "Nonatherosclerotic Sudden Coronary Death". Pathology Annual,

Part 2, 217-249, 1986.
15. Cohle, S.D. and Petty, C.S. "Sudden Death Due to Embolization of Trophoblast from Hydatidiform Mole". Journal of Forensic Sciences 30: 1279-1283, 1985.
16. Cohle, S.D., Lang, R. and Kosek, M.A. "Pharmaceutical Error Resulting in Fatal Diabetic Ketoacidosis". Journal of Forensic Sciences, Vol 31, 758-761, 1986. (reprints)
17. Cagle, P.T., Cohle, S.D. and Greenberg, S.D. "Natural History of Pulmonary Scar Cancers - Clinical and Pathologic Implications". Cancer, Vol 56, 2031-2035, 1985.
18. Senagore, T, Senagore P., and Cohle, S.D. "Pericardial Laceration and Fatal Cardiac Herniation in an Improperly Restrained Six Month Old Infant". Journal of Pediatric Surgery, Vol 21, No 11, 1986: 931-933.
19. Cohle, S.D. "Homicidal Asphyxia by Pepper Aspiration". Journal of Forensic Sciences, Vol 31: 1475-1478, 1986. (reprints)
20. Alexander, R.C., Surrell, J.A., and Cohle, S.D. "Microwave Oven Burns to Children: An Unusual Manifestation of Child Abuse". Pediatrics, Vol 79, No 2, February 1987.
21. Cohle, S.D., Connolly, J.T. and Bauserman, S.C. "Suicide by Air Rifle and Shotgun". Journal of Forensic Sciences, Vol 32, no 4, July 1987: 1113-1117. (reprints)
22. Davison, P.R. and Cohle, S.D. "Histologic Detection of Fat Emboli". Journal of Forensic Sciences, Vol 32, No 5, September 1987, 1426-1430.
23. Surrell, J., Alexander, R., and Cohle, S.D. "Effects of Microwave Oven Radiation on Living Perfusing Tissues". Journal of Trauma, Vol 27, No 8, August 1987, 935-939.
24. Irwin, J. and Cohle, S.D. "Sudden Death Due to Diabetic Ketoacidosis" American Journal of Forensic Medicine and Pathology, Vol 9, No 2, June 1988, 119-121.
25. Cohle, S.D. and Lie, J.T. "Inflammatory Aneurysm of the Aorta, Aortitis and Coronary Arteritis". Archives of Pathology and Laboratory Medicine, Vol 112, November 1988, 1121-1125. (reprints)
26. Cohle, S.D., Graham, M.A., Dowling, G. and Pounder, D.J. "Sudden Death and Left Ventricular Outflow Disease". Pathology Annual, Vol 23, Part 2, 97-124, 1988. (reprints)
27. Cohle, S.D., Trestrail, J.H., Graham, M.A., Oxley, D.W., Walp, B. and Jachimczyk, J. "Fatal Pepper Aspiration". American Journal of Diseases of Children, Vol 142, No 6, 1988, 633. (reprints)
28. Cohle, S.D., Graham, M.A., Sperry, K.L., and Dowling, G. "Unexpected Death as a Result of Infective Endocarditis". Journal of Forensic Sciences, Vol 34, No 6, November 1989, 1374-1386. (reprints)
29. Medich, M., Cohle, S.D., Buritt, M. and Davison, P.R. "Single Wound Produced by Simultaneous Discharge of Both Shells from a Double Barrel Shotgun". Journal of Forensic Sciences, Vol 35, No 2, March 1990, 473-476.
30. Cohle, S.D., Harlan, C.W., and Harlan, G. "Fatal Big Cat Attacks". The American Journal of Forensic Medicine and Pathology, Vol 11, No 3, September 1990, 208-212. (reprints)
31. Tanner, B, Jones, J., Cohle, S.D., and Davison, P. "Fat Embolization in Trauma Facilities". Annals of Emergency Medicine 19: April 4, 1990, p. 462 (abstract).
32. Cohle, S.D. and Lie, J.T. "Pathologic Changes in the Cardiac Conduction Tissue and Sudden Unexpected Death: A Review". Pathology Annual, Part 2, May 1991.
33. Wreford, F.S., Conradi, S.E., Cohle, S.D., Lie, J.T., Dana, S.E. and Puri, S. "Sudden Death Caused by Coronary Artery Aneurysms: A Late Complication of Kawasaki Disease". Journal of Forensic Sciences, Vol 36, No 1, January 1991, 51-59. (reprints)
34. Carrel, D. and Cohle, S.D. "Fatal Hemothorax from Ruptured Mycotic Celiac Artery Aneurysm". American Journal of Forensic Medicine and Pathology, 13 (3): 233-237, 1992.
35. Ray, D. and Cohle, S.D. "Spontaneous Clostridial Myonecrosis: A Case Report". Journal of Forensic Sciences, Vol 37, September 1992, 1428-1432.
36. Cohle, S.D. and Lie, J.T. "Dissection of the Aorta and Coronary Arteries Associated with Acute Cocaine Intoxication". Archives of Pathology and Laboratory Medicine, 116: November 1992, 1239-1241.

37. Cohle, S.D., Harris, L.S., and Lie, J.T. "Sudden Death Associated with Aortitis and Fibrosclerosing Disease of the Conduction System". Archives of Pathology and Laboratory Medicine, 116: November 1992, 1163-1166. (reprints)
38. Cohle, S.D., Jones, D.H., and Puri, S. "Lingual Tonsillar Hypertrophy Causing Failed Intubation and Cerebral Anoxia". American Journal of Forensic Medicine and Pathology 14 (2): 158-161, 1993. (reprints)
39. Jones, D.H. and Cohle, S.D. "Unanticipated Difficult Airway Secondary to Lingual Tonsillar Hyperplasia." Anesth Analg 1993; 77: 1285-1288. (reprints)
40. Lipsett, J., Cohle, S.D., Berry, P.J., Russell, G. and Byard, R.W. "Anomalous Coronary Arteries: A Multicenter Pediatric Autopsy Study". Pediatric Pathology, 14 (2): 287-300. (1 reprint)
41. Cohle, S.D., Hawley, D.A., Berg, K.K., Kiesel, E.L., and Pless, JE. "Homicidal Cardiac Laceration in Children". Journal of Forensic Sciences, March 1995, No. 94-154. (reprints)
42. Byard, R.W. and Cohle, S.D. Sudden Death in Infancy, Childhood and Adolescence. Cambridge University Press, 1994.
43. Filkins, J.A. and Cohle, S.D. "Unexpected Deaths Due to Colloid Cysts of the Third Ventricle." Journal of Forensic Sciences, May 1996, Volume 41, Number 3, pp. 521-523.
44. Cohle, S.D and Lie, J.D. "Myasthenia gravis-associated systemic vasculitis and myocarditis with involvement of the cardiac conducting tissue." Cardiovascular Pathology, May/June 1996. (reprints)
45. deJong, J.L. and Cohle, S.D. Fatal Stercoral Ulcer Perforation: Case Report. American Journal of Forensic Medicine and Pathology, Volume 17, Number 1, March 1996.
46. Bush, C.M., Jones, J.S., Cohle, S.D. and Johnson, H. Pediatric Injuries from Cardiopulmonary Resuscitation. Annals of Emergency Medicine, Volume 28, Number 1, July 1996.
47. Murray, B.H., Cohle, S.D., and Davison, P.R. Pericardial Tamponade and Death from Hickman Catheter Performation. American Surgeon, Vol 62, December 1996, 994-997.
48. Bush, C.M., Jones, J.S., Cohle, S.D. Prospective study of injuries due to cardiopulmonary resuscitation in children. Academic Emergency Medicine 1996; 3: 441.
49. Bush, C.M., Jones, J.S., Cohle, S.D. Pediatric injuries due to cardiopulmonary resuscitation. Academic Emergency Medicine 1995; 2: 444-445.
50. Bush, C.M., Jones. J.S., Cohle, S.D. Pediatric injuries caused by CPR. Annals of Emergency Medicine 1996; 27: 802.
51. Cohle, S.D., Delavan, J.W. Coronary Artery Compression by Teflon Pledget Granuloma Following Aortic Valve Replacement. Journal of Forensic Sciences 1997; 42 (5): 945-946.
52. Cohle, S.D., Lie. J.T. Histologic Spectrum of the Cardiac Conducting Tissue in Traumatic and Noncardiac Sudden Death Under 30 Years of Age: an analysis of 100 cases. ASCP Press, Fechner and Rosen, Eds. Anatomic Pathology 1998; 3: 53-76. (reprints)
53. Cohle, S.D., Balraj, E., and Bell, M. Sudden Death Due to Ventricular Septal Defect. Pediatric and Developmental Pathology 2, 327-332, 1999.
54. Henke, A.F., Cohle, S.D., and Cottingham, S.L. Fatal Hyperthermia Secondary to Sunbathing in a Multiple Sclerosis Patient. American Journal of Forensic Medicine and Pathology, Vol 21, No. 3, September 2000.
55. Suarez-Mier, M.P., Sanchez-de-Leon, S. and Cohle, S.D. An Unusual Site for the AV Node Tumor: Report of Two Cases. Cardiovascular Pathology 8, No. 6, November/December 1999, 325-328.
56. Cohle, S.D., Foster, A., and Cottingham, S.L. Letter. American Journal of Forensic Medicine and Pathology 2000; 21: 198-200.
57. Cohle, S.D., Suarez-Mier, M.P., and Aguilera, B. Sudden Death from Lesions of the Cardiac Conduction System. American Journal of Forensic Science and Medicine, 23 (1): 83-89, 2002.
58. Cohle, S.D., Foster, A. and Cottingham, S.L. Shaken Baby Syndrome. Letter to the Editor. The American Journal of Forensic Medicine and Pathology 21, No. 2, June 2000.
59. Cohle, S.D. and Sampson, B.A. The negative autopsy: Sudden cardiac death or other? Cardiovascular Pathology 2001, pp. 219-222.
60. Cohle, S.D., Thompson, W., Eisenga, B.H., and Cottingham, S.L. Unexpected death due to chloramine toxicity in a woman with a brain tumor. Forensic Science International 2001, 124 (2-3), 137-139.
61. Platt, M.S., Kohler, L.J., Ruiz, R., Cohle, S.D., and Ravichandran, P. Deaths Associated with Liposuction: case reports and review of the literature. Journal of Forensic Sciences 2002: 47 (1): 205-207.

62. Cohle, S.D. and Colby, T. Fatal Hemoptysis from Behcet's Disease in a Child. Cardiovascular Pathology 2002; 11 (5): 296-299.
63. Thompson, W.S. and Cohle, S.D. Fifteen-Year Retrospective Study of Infant Organ Weights and Revision of Standard Weight Tables. Journal of Forensic Sciences, May 2004, 575-585. (reprints)
64. Caulder, M.S., Avery, C.L., Cohle, S.D., Peyser, P.A., and Lehmann, M.H. Sudden Coronary Death in the Young: Kent County, Michigan, 1990-2002. Submitted abstract to American Heart Association.
65. Eriksson, E.A., Schultz, S.E., Jones, C.B., Ringler, J.R., Cohle, S.D., and Post, K. Cerebral Fat Embolism Without Intracardiac Shunt: A Novel Presentation. Critical Care Medicine 2008: 36(12): A195.
66. Ann Thorac Surg. 2011 Apr;91(4):1269-72. doi: 10.1016/j.athoracsur.2010.09.042. Authors: O'Keefe KL1, Cohle SD, McNamara JE, Hooker RL Jr. Full Title: Early catastrophic stentless valve failure secondary to possible immune reaction.
67. Eriksson EA, Schultz SE, Cohle SD, and Post KW. Cerebral fat embolism without intracardiac shunt: A novel presentation. Case Report. Journal of Emergencies, Trauma and Shock 1 4:2 1 Apr-Jun 2011.
68. Eriksson EA, Pellegrini DC, Vanderkolk WE, Minshall, CT, Fakhry SM, Cohle SD. Incidence of pulmonary fat embolism at autopsy: An undiagnosed epidemic. J Trauma 2011 Aug; 71(2):312-315.
69. Cohle SD. Histopathology of the cardiac conduction system in the investigation of sudden unexpected death. Academic Forensic Pathology 2011; 1: 206-215.
70. Rentmeester L, Cohle S, Judge BS, Jones JS. Self-Administered Alcohol Enema Causing Death: A Case Report. Clin Toxicol 2011; 49(6):523.
71. Cohle SD. Circumflex artery from the right coronary sinus: a not-so-benign anomaly. Am J Forensic Med Pathol 33:107-9. March 2012.
72. Muthusamy, P and Cohle S. Pericardial involvement as an Initial Presentation of Anaplastic Large Cell Lymphoma. Accepted for publication, Canadian Family Physician Journal.
73. Cohle, SD. Fetal Coronary Artery Intimal Hyperplasia due to Amphetamine Use. Accepted for publication in Cardiovascular Pathology.
74. Peterson T, Rentmeester L, Judge BS, Cohle SD, Jones JS. Self-Administered Ethanol Enema Causing Accidental Death. Case Rep Emerg Med. 2014;2014:191237. Epub 2014 Nov 11.
75. Cho S, Fritz T, Cronin L and Cohle, SD. Primary Cardiac Fibroma in an Adult. Case Reports in Cardiology. Vol 2015, Article ID 713702.
76. Cohle SD. Fatal coronary artery intimal hyperplasia due to amphetamine use. Cardiovasc Pathol. 2013 May-Jun 22(3):e1-4. doi: 10.1016/j.carpath.2012.07.007. Epub 2012 Sep 11.
77. Kobayashi M, Cohle SD. A case of sudden cardiac death due to eosinophilic coronary periarteritis: possible significance of coexisting atherosclerosis and eosinophilic inflammation of the esophagus. Cardiovasc Pathol. 2016; 25: 67-71.
78. Wygant, C and Cohle, SD. Fatal Airway Obstruction in a Man With a Cystic Hygroma. The American Journal of Forensic Medicine and Pathology: 2018; 39 (3): 250-252
79. Saunders R, Dull M, Regan J, Rodriguez C, Witte A, Iskander G, Davis A, Koehler T, Cohle S, Gibson C, Chapman A. The Danger Zone: Injuries and Conditions Associated with Immediately Fatal Motorcycle Crashes in the State of Michigan. American Journal of Surgery.
80. Saunders, R., Dull, M., Witte, A., Regan, J., Davis, A., Koehler, T., Gibson, C., Iskander, G., Rodriguez, C., Cohle, S., and Chapman, A. The danger zone: Injuries and conditions associated with immediately fatal motorcycle crashes in the state of Michigan. The American Journal of Surgery 217 (2019) 552-555.
81. Wygant, CS and Cohle, SD. Fatal Intestinal Obstruction in a Patient with Fetal Alcohol Syndrome. American Journal of Forensic Medicine and Pathology Vol 40, Number 2, June 2019.

PRESENTATIONS:

Cohle, S.D.: ACTH-Secreting Carcinoma of the Breast. Presented at the International Academy of Pathology Meeting, San Francisco, March 1979.

Cohle, S.D., Titus, J.L., Espinola, A. and Jachimczyk, J.A.: Sudden Unexpected Death Due to Coronary Giant Cell Arteritis. Presented at the Southern Medical Association, Section of Pathology, New Orleans, November 1981.

Faculty: Law and Emergency Medicine - Legal Principles, Forensic Medicine, and Risk Management. Sponsored by Michigan Chapter, American College of Emergency Physicians, Boyne Highlands Inn, Harbor Springs, Michigan February 21-23, 1983.

Cohle, S.D.: Sudden Death Due to Coronary Artery Aneurysm. Presented at the Southern Medical Association, Section on Pathology, Baltimore, November 1983.

Cohle, S.D. and Graham, M.: Sudden Death in Hemodialysis Patients. Presented at the American Academy of Forensic Sciences, Anaheim, February 1984. (reprints)

Cagle, P.T., Greenberg, S.D. and Cohle, S.D.: Natural History of Pulmonary Scar Cancers. Presented at the International Academy of Pathology Meeting, March 1984.

Cohle, S.D. Nonatherosclerotic Sudden Coronary Death. Presented at the International Association of Forensic Sciences, Oxford, England, September 1984.

Cohle, S.D. and Bauserman, S.C. Sudden Death Due to Colloid Cyst of the Third Ventricle. Presented at the Southern Medical Association, Section on Pathology, New Orleans, November 1984.

Cohle, S.D., Lang, R. and Kosek, M.A. Pharmaceutical Error Resulting in Fatal Diabetic Ketoacidosis. Presented at the American Academy of Forensic Sciences, Las Vegas, February 1985.

Cohle, S.D. and Petty, C.S. Sudden Death Due to Embolization of Trophoblast From Hydatidiform Mole. Presented at the American Academy of Forensic Sciences, February 1985. (reprints)

Cohle, S.D., Alexander, R. and Surrell, J. Microwave Oven Burns. Presented at the American Academy of Forensic Sciences, Las, Vegas, February 1985.

Cohle, S.D. Homicidal Asphyxia by Pepper Aspiration. Presented at the American Academy of Forensic Sciences, New Orleans, February 1986.

Cohle, S.D. Pericardial Laceration and Fatal Cardiac Herniation in an Improperly Restrained Six Month Old. Presented at the National Association of Medical Examiners 1986 Annual Meeting, Tucson, Arizona, November 1986.

Cohle, S.D., Connolly, J.T., and Bauserman, S.C. Suicide by Air Rifle and Shotgun. Presented at the American Academy of Forensic Science Meeting, San Diego, California, February 1987.

Savas, V, Cohle, S.D. and Davidson, R. Intimal Hyperplasia as an Etiology of Restenosis Following Percutaneous Transluminal Coronary Angioplasty. Presented at the American College of Physicians Regional Meeting, Lansing, Michigan, May 8, 1987.

Cohle, S.D. The Forensic Pathologist as a Community Physician. Presented at the 30th Annual Physicians Alumni Weekend, University of Missouri, Columbia, Missouri, October 1987.

Graham, M.A., Burch, P., Cohle, S.D., Bux, R., Poklis, A. and Lynch, R. Recreational and Iatrogenic Fatal Water Intoxication. Presented at the American Academy of Forensic Sciences Annual Meeting, Philadelphia, Pennsylvania, February 1988.

Cohle, S.D. Fixing Time of Death - What We Can and Cannot Do. Presented at the Michigan Association of Medical Examiners Annual Meeting, Midland, Michigan, October 1988.

Cohle, S.D. Coronary Artery Aneurysm in a 17 Year Old: A late complication of Kawasaki disease. Presented at the National Association of Medical Examiners Annual Meeting, Boston, Massachusetts, November 1988.

Cohle, S.D. Unexpected Death Due to Infective Endocarditis. Presented at the American Academy of Forensic Sciences Annual Meeting, Las Vegas, Nevada, February 1989.

Cohle, S.D. The Cardiac Conduction System in Sudden Unexpected Death. Presented at the Interim Meeting of the National Association of Medical Examiners, Las Vegas, February 1989.

Cohle, S.D. Sudden Death and Cardiac Conduction System. Presented at the International Study Group for Sudden Natural Unexpected Death meeting in Helsinki, Finland, June 1989.

Cohle, S.D. Child Abuse and Sudden Infant Death Syndrome. Presented at the Eleventh Annual Forensic Pathology Meeting: The Investigation of Violent Death, Lansing, Michigan, September 1989.

Cohle, S.D. Fatal Big Cat Attacks. Presented at the Annual Meeting of the National Association of Medical Examiners, Sanibel Island, Florida, October 1989.

Carrel, D. and Cohle, S.D. Fatal Hemothorax from Mycotic Celiac Artery Aneurysm. Presented at the Annual Meeting of the National Association of Medical Examiners, Denver, Colorado, September 1990.

Cohle, S.D. Deaths in Custody. Presented at the Annual Meeting of the Michigan Association of Medical Examiners, Midland, Michigan, October 1990.

Cohle, S.D. and Lie, J.T. Cardiac Conduction System in Young Adults. Presented at the International Academy of Forensic Sciences, Adelaide, Australia, October 1990.

Cohle, S.D. and Millington, D. Sudden Death in Infancy Due to Medium Chain ACYL-CoA Dehydrogenase Deficiency. Presented at the American Academy of Forensic Sciences Annual Meeting, Annaheim, California, February 1991.

Byard, R.W, Cohle, S.D., Lipsett, J, Bourne, A.J., and Carpenter, B.F. A Pathological Review of Unsuspected Anomalous Coronary Arteries Found in a Pediatric Autopsy Population. Submitted for presentation to the XVI World Congress of Anatomic and Clinical Pathology, Vancouver, Canada, June 1991.

Byard, R.W., Cohle, S.D., Lipsett, J., Bourne, A.J. and Carpenter, B.F. Occult Anomalous Coronary Arteries Associated With Fatal Outcome - A Clinicopathological Study. Submitted for presentation to the Joint Meeting of the 7th Asian Congress of Paediatrics and 36th Annual Scientific Meeting of the Australian College of Paediatrics, Perth, Western Australia, May 1991.

Cohle, S.D., Lie, J.T., and Harris, L.S. Aortitis with Fibrosis of the AV Node and Bundle of His. Presented at the International Study Group for Sudden and Natural Unexpected Death, Budapest, Hungary, May 1991.

Cohle, S.D. Child Abuse and Sudden Infant Death Syndrome. Presented at the 13th Annual Forensic Pathology Meeting: The Investigation of Violent Death, Lansing, Michigan, September 1991.

Cohle, S.D. Preservation of Evidence. Medic Class, Benton Harbor, Michigan, September 1991.

Ray, D. and Cohle, S.D. Spontaneous Clostridial Myonecrosis: A case report. Presented at the American Academy of Forensic Sciences Annual Meeting, New Orleans, Louisiana, February 1992.

Byard, R.W, and Cohle, S.D. Anomalous Coronary Arteries - A Multicentre Paediatric Autopsy Study. Presented at the Royal College of Pathologists of Australia 37th Annual Scientific Meeting, Cains, Australia, September 1992.

Cohle, S.D. Deaths in Custody. Presented at the Oakland Police Academy, Oakland, Michigan at the Forensic Pathology: The Investigation of Violent Death, May 1993.

Cohle, S.D. Exhumations. Presented at the Annual Meeting of the Michigan Association of Medical Examiners, Midland, Michigan, October 9-10, 1993.

Cohle, S.D. Ruptured Myocardium from Homicidal Blunt Force. Presented at the American Academy of Forensic Sciences Annual Meeting, San Antonio, TX, February 14-19, 1994.

Cohle, S.D. Spears, Daggers and Things that Go Bang in the Night. Presented at the Michigan Trauma Symposium, April 12, 1994, Amway Grand Plaza, Grand Rapids, Michigan.

Cohle, S.D. Pathologic Changes in the Cardiac Conduction Tissue in Sudden Unexpected Death. Presented at the International Academy of Pathology meeting, October 9, 1994, Hong Kong.

Cohle, S.D. The Memorial of E.B. Mann; Violence versus Non-violence, Non-violence versus Non-existence. Presented multiple times in schools, churches, community centers, and to youth groups in Grand Rapids, 1994 to date.

Filkins, J.A., Levy, B.K., Graham, M., and Cohle, S.D. Unexpected Deaths Due To Colloid Cysts of the Third Ventricle. Presented at the American Academy of Forensic Sciences annual meeting in Seattle, WA, February 15, 1995.

Cohle, S.D. Review and Update of Death Scene Investigation and Investigation of Gunshot Fatalities. Presented at the Southwest Michigan Medical Examiners Conference, Kalamazoo, MI, April 7, 1995

Cohle, S.D. Scene Investigation, Gunshot Wounds and Stab Wounds. Presented at the 1995 Basic Detective School of MSP, Lansing, MI, April 14, 1995.

Cohle, S.D. Coronary Artery Compression by Teflon Pledget Granuloma. Presented at the AAFS Annual Meeting, Nashville, TN, February 19, 1996.

Bell, M.D. and Cohle, S.D. Sudden Cardiac Death - Uncommon Causes. American Society of Clinical Pathologists Workshop, Fall 1996, San Diego, and Spring 1998, Los Angeles.

Cohle, S.D. Cardiovascular Pathology Specialty Conference, USCAP Annual Meeting, March 5, 1997, Orlando, Florida.

Cohle, S.D. Sudden Cardiac Death in Infants and Children. Presented at the British Pediatric Pathology Association (BRIPPA) meeting, Sheffield, England, July 1-8, 1997.

Cohle, S.D. Lectures on Sudden Death in Anesthesia, Child Sexual Abuse, and Blunt Chest and Abdominal Trauma. Pediatric Forensic Issues, Orlando, Florida, November 30-December 4, 1997.

Cohle, S.D. Lecture on Sudden Cardiac Death in Children at Emory University, Atlanta, GA, January 15, 1999.

Cohle, S.D. and Suarez Mier, M.P. Lecture on Cardiac Conduction System and Sudden Death, International Academy of Forensic Sciences, Los Angeles, CA, August 22-28, 1999.

Cohle, S.D. Lecture on The Negative Autopsy, USCAP, Atlanta, March 4, 2001.

Cohle, S.D. Lecture at the China Criminal Police College, Shen Yang, China, November 2001.

Cohle, S.D. Lecture on Neonaticide, Investigation of Deaths in Infants and Fatal Hemoptysis from Behcet's Disease in a Child, presented at the International Academy of Forensic Sciences annual meeting, Montpellier, France, September 1-7, 2002.

Eriksson, E.A., Pellegrini, D.C., Vanderkolk, W.E., Minshall, C.T., Fakhry, S.M. and Cohle, S.D. Incidence of Fat

Embolism at Autopsy: An Undiagnosed Epidemic. Poster presentation for EAST, 2011.

Wendt J., Akselrod H., Cohle D., Kaul A., Denison A., DeLeon-Carnes M., Blau D., Paddock C., Kuehnert M., Basavaraju S. Donor-Derived Transmission of Methicillin-Resistant *Staphylococcus aureus* Infection, Late-breaker oral presentation, EIS Conference, CDC, Atlanta. April 2013.

Cohle, S.D. Caveat Prosector: Avoiding Problems and Potholes on the Road to Dissection Perfection. National Association of Medical Examiners annual meeting, Monday, September 12, 2016.

"Cardiac Case Presentations", part of workshop: Inter-Professional Collaboration for the Investigation of Sudden Cardiac Death, International Academy of Forensic Sciences, Toronto, Aug 21, 2017.

Cohle, S.D. Myocardial/Toxins – The Forensic Pathology Perspective, USCAP (Society for Cardiovascular Pathology), Toronto, March 18, 2018.

Saunders, R.N., Witte, A.B., Adams, N.S., Davis, A.T., Koehler, T.J., Gibson, C.J., Iskander, G.A., Rodriguez, C.H., Cohle, S.D., and Chapman, A.J. How do motorcyclists die? An autopsy based study evaluating the impact of helmet use before and after the repeal of the mandatory Michigan Helmet Law. GRMEP Research Day, Grand Rapids, MI April 18, 2018.

Cohle, S.D. Drug and arrhythmic SCD. Association for European Cardiovascular Pathology, Lausanne, Switzerland, October 12, 2018.

Cohle, SD Practical Approach to Histiocytoid Cardiomyopathy Arrhythmogenic Cardiomyopathy. Simposio Internacional de Muerte Subita Cardiovascular. November 13-16, 2018. Varadero, Cuba.

Cohle, SD co-chair for workshop " A Multidisciplinary Approach for Cardiovascular Death", AAFS Annual meeting, Baltimore MD,
Feb 18, 2019


POSTERS

Cohle S, Veinot J, Naschelsky M, and Suarez-Mier M. Coronary Artery Emboli. Presented at the First BiAnnual Meeting of the Association for European Cardiovascular Pathology, October 21-23, 2004, Padua, Italy.

Eriksson EA, Schultz SE, Jones CB, Ringler, Jr, Cohle SD, Post K. Cerebral fat embolism without intracardiac shunt: A novel presentation. Presented at the SCCM 38th Critical Care Congress, February 2009, Nashville, TN.

Eriksson E and Cohle S. Incidence of Fat Embolism At Autopsy: An Undiagnosed Epidemic. Presented at the Annual Scientific Assembly of the Eastern Association for the Surgery of Trauma, January 25-29, 2011, Naples, Fl.

Rentmeester L, Cohle SD, and Jones JS. Self-Administered Alcohol Enema Causing Death: A case report. Presented at the North American Congress of Clinical Toxicology, September 21-26, 2011, Washington, DC.

Huesgen K, Riley B, Cohle S. Sudden Death Following Confirmed Phencyclidine Overdose: Toxicologic and Pathologic Analysis. Poster at North American Congress of Clinical Toxicology, Las Vegas, NV. October 1-6, 2012.

Cohle, SD. Fetal Coronary Artery Intimal Hyperplasia due to Amphetamine Use. Presented at the Association for European Cardiovascular Pathology, Cadiz, Spain, October 2012.

Prahlow SP, Cohle S, Prahlow JA. Homicides disguised as staged suicides. National Association of Medical Examiners Annual Meeting, Scottsdale, AZ, October 15, 2017.

BOOK REVIEWS

Embalming, History, Theory and Practice 2/E by Robert G. Mayer. The American Journal of Forensic Medicine and Pathology 1996.

Reviewed Knight's Forensic Pathology for Arnold Press, London, 1998.

Reviewed Cardiovascular Malformations and Sudden Infant Death Syndrome for Acta Paediatrica, November 2002.

Reviewed manuscript # AFPj-2011-0070 entitled "Sudden Death in 14-month-old Due to Fibromuscular Dysplasia of Atrioventricular Node Artery" for Academic Forensic Pathology, October 2011.

BOOKS AND CHAPTERS

Buhk, T.T. and Cohle, S.D. Cause of Death: Forensic Files of a Medical Examiner. Prometheus Books, 2007.

Buhk, T.T. and Cohle, S.D. Skeletons in the Closet: Stories from the County Morgue. Prometheus Books, 2008.

Byard RW and Cohle SD. Sudden Death in Infancy, Childhood, and Adolescence. Cambridge University Press, Cambridge, UK, 1994

Byard RW and Cohle SD. Chapter 2. Unintentional Trauma and Chapter 3 Intentional Trauma, in Byard RW Sudden Death in Infancy, Childhood, and Adolescence. 2nd Edition. Cambridge University Press, Cambridge UK, 2004

EDITORIAL BOARDS

Journal of Forensic Sciences
American Journal of Forensic Medicine and Pathology
Cardiovascular Pathology
Reviewer for Forensic Science, Medicine, and Pathology